# United States District Court
# For The Western District of North Carolina
# Asheville Division

Terry Allen Shehan,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                                  1:11cv172

Tonya Lindsey, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/9/11 Order.

Signed: September 9, 2011

Frank G. Johns, Clerk
United States District Court